# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KUNITA SHELBY, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:18-cv-00611 |
| PEOPLEREADY, ) | JUDGE CAMPBELL |
| Defendant. ) | MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19), which was filed on June 4, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Defendant's Motion to Dismiss (Doc. No. 11) be granted, and this action be dismissed. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant's Motion to Dismiss (Doc. No. 11) is **GRANTED,** and this action is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE